**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GARY M. COHEN,

       Plaintiff,

v.

NATIONAL ASSOCIATION OF SPECIALTY
PHARMACY INCORPORTED,

       Defendant.

_____

NATIONAL ASSOCIATION OF SPECIALTY
PHARMACY, INC.,

       Counter-Claimant and Third-Party Plaintiff

v.

GARY M. COHEN,

       Counter-Defendant,

and

STARFISH BIOLOGIC, LLC, SPECIALTY
PHARMA EDUCATION CENTER, LLC, AND
ERICK CIANCARELLI,

       Third Party Defendants.

_____/

CASE NO.: 8:15-CV-00475-T33-AEP

**NASP'S AGREED MOTION TO RESCHEDULE HEARING TO
FACILITATE SETTLEMENT**

Defendant/Counter-Claimant/Third-Party Plaintiff, National Association of Specialty Pharmacy, Inc. ("NASP"), for good cause, moves to reschedule the hearing set for Thursday,

July 9, 2015 [Doc. 41], and as grounds states:

1. The Court scheduled a hearing on NASP's motion to show cause for Thursday, July 9, 2015 at 1:30 P.M. [Doc. 41].

2. All parties attended Court-Ordered mediation on July 8, 2015, with mediator Mark Hanley. The parties made progress toward settlement and wish to continue negotiating on July 9, 2015. Therefore, NASP seeks, with all other parties' agreement, to reschedule the hearing on July 9, 2015, to facilitate settlement.

3. The Court has discretion to grant this motion.

WHEREFORE, Defendant/Counter-Claimant/Third-Party Plaintiff requests that the Court grant this motion and reschedule the hearing set for July 9, 2015.

                        Respectfully submitted,

                        */s/ Kevin D. Zwetsch*
                        Kevin D. Zwetsch
                        FL Bar # 962260
                        William J. Cantrell
                        FL Bar # 103254
                        OGLETREE, DEAKINS, NASH,
                          SMOAK & STEWART, P.C.
                        100 North Tampa Street, Suite 3600
                        Tampa, FL  33602
                        Tel.:  813.289.1247/Fax: 813.289.6530
                        kevin.zwetsch@ogletreedeakins.com
                        william.cantrell@ogletreedeakins.com
                        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 8, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Dale James Morgado, Esq., MORGADO PA, 228 Park Ave S. Suite 84164, New York, NY 10003 at: djm@morgado.us.

*/s/ Kevin D. Zwetsch*
Kevin D. Zwetsch

21752349.1